■ Joseph K. Rowe, Respondent, v. Alexander E. Levine, Appellant.— In an action by an attorney to recover the agreed compensation for professional services rendered to defendant at the request of the latter, who is also an attorney, in which the defendant, pursuant to permission granted on a prior appeal (*Rowe* v. *Levine*, 14 A D 2d 779), interposed a second amended answer containing a repleaded counterclaim for the reasonable value of the use of defendant's office and office facilities that plaintiff allegedly made without permission for two years after defendant terminated the retainer, the defendant appeals from an order of the Supreme Court, Kings County, dated November 24, 1961, which dismissed the repleaded counterclaim for patent insufficiency, without leave to amend (Rules Civ. Prac., rule 109, subd. 5). Order reversed, with $10 costs and disbursements, and motion to dismiss denied, with leave to plaintiff, if he be so advised, to serve a reply to the counterclaim within 20 days after entry of the order hereon. In our opinion, the counterclaim states a cause of action against plaintiff. We do not now pass upon any question other than the sufficiency of the counterclaim. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.

## (May 21, 1962)

■ (A) In the Matter of Rebecca Shifman, an Alleged Incompetent. Ruth Kahn, Appellant; Selma Grill, Respondent. (B) Angelo Ruggiero, Respondent, v. John Parrinello, Appellant.— [In each action] Motion by appellant for a stay of the trial, pending appeal, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ Charlotte Cauthern et al., Respondents, v. Hattie Neidich, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 20, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ In the Matter of Eugene Jacobson, Respondent, v. Trim-Slide, Inc., et al., Appellants.— Motion by appellants for a stay, pending determination of their motion, returnable May 31, 1962, for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ Frances Spieler, Respondent, v. Simon Spieler, Appellant.— Motion by appellant for a stay, pending appeal, granted (1) on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; and (2) on the further condition that appellant shall continue to pay respondent $60 a week. The record and appellant's brief must be served and filed on or before August 20, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.